UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF**<br>**SUSAN K. GAUVEY**<br>**U.S. MAGISTRATE JUDGE** | **101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-4953** |

March 13, 2003

Charles M. James, III, Esq.
P.O. Box 1238
Cheverly, MD 20785

Michael T. Pate, Esq.
Covahey, Boozer, Devan & Dore, PA
606 Baltimore Avenue, Suite 302
Towson, MD 21204

    Re:  Nikita M. Whitley v. Federal Home Loan Mortgage
        Corp., et al., Civil No. L-03-216

Dear Counsel:

    The above case has been assigned to me for all proceedings based on your consent.  Please be advised that the Scheduling Order entered by Chief Judge Legg on February 12, 2003, will remain in full force and effect.

                              Sincerely yours,

                              /s/

                              Susan K. Gauvey
                              United States Magistrate Judge

cc:  Court file