IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

NIKITA M. WHITLEY                              *

    Plaintiff                              *        Case No.: L-03-CV-216

v.                                             *

FEDERAL HOME LOAN MORTGAGE CORP., *
    Et. Al.

    Defendants                             *

*        *        *        *        *        *        *        *        *        *        *        *        *

### DEFENDANTS' RULE 26(a)(2) DISCLOSURE

Defendants, by their attorneys, Michael T. Pate, and Covahey, Boozer, Devan & Dore, P.A., reserve the right to call the following expert at trial:

Matt Smith, Certified General Appraiser

Kern Realty and Appraising

606 Baltimore Avenue, Suite 103

Towson, MD  21204

Mr. Smith will be offered as an expert real estate appraiser and will opine as to the value of the subject property and improvements.  He will also opine as to the prospective rental value of the property.  His opinions will be included in a report that will be provided.  His qualifications are set forth in the attachment.  Mr. Smith has authored no publications within the preceding ten years.  His compensation for the

preparation of an appraisal of the subject property is $300.  For testimony at trial or

deposition he will be paid at the rate of $125.00 per hour.  Defendant will file a

supplemental disclosure related to Mr. Smith's prior testimony.


_____/s/_____
MICHAEL T. PATE
Covahey, Boozer, Devan & Dore, P.A.
606 Baltimore Avenue, Suite 302
Towson, MD  21204
410-828-5525, Ext. 813
Attorneys for Plaintiff


## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that, on the 12th day of  May 2003, a copy of the
foregoing Defendants' Rule 26(a)(2) Disclosure was e-filed and/or mailed first class
to:


C.M. James III, Esq.
P.O. Box 1238
Cheverly, MD 20785


_____/s/_____
MICHAEL T. PATE


Kcr030519

3