## QUALIFICATIONS OF MATTHEW J. SMITH

State of Maryland - Certified Residential Real Estate Appraiser #03-310

### Employment

1977 - Present:    Review and Staff Appraiser, Kern Realty & Appraising, Inc.

### Memberships - Designations

Awarded SRA (Senior Residential Appraiser) Designation by Society of Real Estate Appraisers (Now Appraisal Institute) - 1984 - Recertified 1995

Appraisal Institute, President, Maryland Chapter - 1991

Society of Real Estate Appraisers - President, Maryland Chapter - 1990
  *Also served as First Vice President, Secretary, Treasurer and a member of the Board of Directors

### Appraisal Courses Satisfactorily Completed

| | |
|---|---|
| Skills in Expert Testimony | Society of Real Estate Appraisers - 1989 |
| Instructors Clinic | Society of Real Estate Appraisers - 1987 |
| Residential II Exam | Society of Real Estate Appraisers - 1975 |
| Principles of Appraising Real Property | Society of Real Estate Appraisers - 1974 |
| Basic Principles of Real Estate | Community College of Baltimore - 1969 |

### Appraisal Conferences, Seminars or Clinics Attended

| | |
|---|---|
| Professional Practice/Code of Ethics | Society of Real Estate Appraisers - 1990 |
| Appraisal of Complex Residential Properties | School of Real Estate - 2000 |
| Uniform Standards of Professional Appraisal Practice | Greater Baltimore Board of Realtors - 2000 |
| Maryland Senior Housing Seminar | Appraisal Institute - 2000 |
| Appraisal of Historic Properties | School of Real Estate - 2000 |
| Maryland Residential Seminary | Appraisal Institute - 2000 |
| Appraisers Role in Environmental Contamination | School of Real Estate - 2000 |
| Legal Liabilities | Appraisal Institute - 1996 |
| FHA Training Seminar | Appraisal Institute - 1994 |
| Uniform Standards of Professional Practice | Appraisal Institute - 1994 |
| Evaluating Residential Construction | Appraisal Institute - 1994 |
| Small Residential Income Property Report | Society of Real Estate Appraisers - 1990 |

05/09/03

### Other Education

| | |
|---|---|
| University of Baltimore | 1954 |
| University of Maryland | 1952-1953 |

### Experience

Actively engaged in the appraisal and sale of Residential and Commercial Real Estate since 1970.

Qualified as an expert witness in Federal Bankruptcy Court in Baltimore and Rockville and in Baltimore and Carroll County Circuit Courts.

Have appraised residential properties for numerous Commercial Banks, Mortgage Brokers and other lending institutions in Maryland.

Engaged by Attorneys for the purpose of appraising residential real estate in connection with estates, divorce proceedings and bankruptcy cases.

Have appraised property in Baltimore City, Anne Arundel, Baltimore, Carroll, Harford, Howard, Frederick, Montgomery, Prince Georges and Queen Anne's counties and also in the District of Columbia and Pennsylvania.

### Market and Cost Data Sources

MarketSource (Appraisal Institute)

### References

Mike Fagan
Cendant Mortgage Corporation
10050 Baltimore National Pike
Ellicott City, MD 21042
410-461-7600

Paul Cashour, Mortgage Banker
Rosedale Federal Savings & Loan Association
6708 Belair Road
Baltimore, MD 21206
410-668-4400 x323

David B. Meurer, President
AccuBanc Mortgage
7125 Thomas Edison Drive
Columbia, MD 21046

05/09/03

**410-997-7212**

**05/09/03**